**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joan Lynette Edsall,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | No. CV-21-00242-TUC-RM (LCK)<br><br>**ORDER** |

Pending before the Court is the parties' Joint Motion to Remand. (Doc. 25.) The parties ask that this action be remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). (*Id.*) Good cause appearing,

**IT IS ORDERED** that the Joint Motion to Remand (Doc. 25) is **granted**. This matter is remanded to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will remand the case to an administrative law judge ("ALJ") for a new decision. The Appeals Council will instruct the ALJ to consider all pertinent issues de novo, including, as necessary, reevaluating the evidence, including the medical opinions and prior administrative medical findings. The Appeals Council will direct the ALJ to offer Plaintiff the opportunity for a hearing, to develop the record as necessary, and to issue a new decision.

. . . .

. . . .

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

Dated this 12th day of May, 2022.

_____
Honorable Rosemary Márquez
United States District Judge